**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BERGAD, INC., Individually and on Behalf of All Others Similarly Situated, | No.: 2:20-cv-227-AJS |
| Plaintiff, | |
| v. | |
| 2 KREW, INC. d/b/a 2 KREW SECURITY & SURVEILLANCE, | |
| Defendant. | |

### **ORDER OF COURT**

AND NOW, on this  23rd  day of April 2020, it is hereby ORDERED, DECREED and ADJUDGED that the Stipulation of Dismissal with Prejudice is GRANTED.

s/Arthur J. Schwab
_____
The Honorable Arthur J. Schwab
Senior District Judge